**EXHIBIT "1"**

ELECTRONICALLY FILED
12/8/2021 11:29 AM
36-CV-2021-900075.00
CIRCUIT COURT OF
HALE COUNTY, ALABAMA
CATRINNA LONG PERRY, CLERK

| State of Alabama<br>Unified Judicial System<br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number: 36-...<br>Date of Filing: 12/08/2021   Judge Code: |
|---|---|---|

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF HALE COUNTY, ALABAMA**
**TYRONE WALLER v. DANNY LEONARD MARTINEZ ET AL**

**First Plaintiff:** ☐ Business ☑ Individual ☐ Government ☐ Other
**First Defendant:** ☐ Business ☑ Individual ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☑ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ QTLB - Quiet Title Land Bank
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   O ☐ OTHER
R ☐ REMANDED   T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO    Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** WIL431    12/8/2021 11:29:47 AM    /s/ ZANE WILLINGHAM
                                Date                   Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☑ NO ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ YES ☑ NO



ELECTRONICALLY FILED
12/8/2021 11:29 AM
36-CV-2021-900075.00
CIRCUIT COURT OF
HALE COUNTY, ALABAMA
CATRINNA LONG PERRY, CLERK

### IN THE CIRCUIT COURT OF HALE COUNTY, ALABAMA

| | |
|---|---|
| TYRONE WALLER, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   CASE NO.: CV-2021- |
| | * |
| DANNY MARTINEZ, an individual, and | * |
| DAVEY RESOURCE GROUP, INC., a | * |
| foreign corporation. | * |
| | * |
| Defendants. | * |

### COMPLAINT

COMES NOW, the Plaintiff, Tyrone Waller, and files his Complaint against the Defendants stating as follows:

### STATEMENT OF THE PARTIES

1. Plaintiff Tyrone Waller, (hereinafter "Waller") is an adult over the age of 19 years and is and has been a resident of Hale County, Alabama at all times relevant hereto.

2. Defendant Danny Martinez (hereinafter "Martinez") is an adult over the age of 19 years and who is and has been a resident of Union County, Mississippi at all times relevant hereto.

3. Defendant, Davey Resource Group, Inc. (hereinafter "Davey Resource"), is a foreign corporation qualified to do business in the State of Alabama and was doing business in Hale County, Alabama at all times relevant hereto.

4. All of the events and omissions giving rise to the claims stated herein occurred in Hale County, Alabama.

5. Venue is proper in the Circuit Court of Hale County, Alabama pursuant to *Alabama Code* §§ 6-3-2 and 6-3-7 (1975).

6.  Pursuant to Ala. Code § 12-11-30, Plaintiff states that the damages he is claiming are within the jurisdictional limit of this Honorable Court, and the amount of damages are less than $75,000.00.

## FACTUAL ALLEGATIONS

7.  The Plaintiff adopts and incorporates paragraphs 1 through 6 as if fully set forth herein.

8.  On or about November 18, 2021, in Hale County, Alabama on Alabama Highway 69, Plaintiff suffered bodily injuries in an automobile collision with a vehicle owned by Defendant Davey Resource and negligently and/or wantonly operated by its employee Defendant Martinez. Defendant Martinez was operating the vehicle in an unsafe manner at the time of the collision which caused the Plaintiff to suffer physical injuries. The Plaintiff is legally entitled to recover damages from Defendant Davey Resource and Defendant Martinez.

## COUNT I

### (Negligence/Wantonness)

9.  Plaintiff adopts and incorporates by reference each and every preceding paragraph as if fully set forth herein.

10. On or about November 18, 2021, on a public roadway, to-wit, more particular on Alabama Highway 69, Defendant Martinez, while acting within the scope of his employment, was operating a truck owned by Defendant Davey Resource. Defendant Martinez was operating the truck negligently, wantonly, and/or unlawfully operated the vehicle in such a manner that he collided with the automobile driven by the Plaintiff and caused the Plaintiff to suffer physical injury and damages.

11. As a proximate result and consequence of said negligence and/or wantonness of said Defendant Martinez, Plaintiff has been caused to suffer damages, physical injuries, and emotional distress.

12. Plaintiff claims punitive damages against the Defendants due to the wanton conduct of the Defendants.

13. Defendants are individually, separately and severally liable for all damages plead herein. Plaintiff pleads the doctrines of respondeat superior, master-servant and/or principal-agent as it relates to the allegations contained herein.

WHEREFORE, THESE PREMISES CONSIDERED, Plaintiff demands a judgment against Defendants Martinez and Davey Resource, for compensatory and punitive damages in an amount to be determined, plus interests, costs, expenses, and all other relief allowed for under Alabama law.

## COUNT II

### (Negligent Entrustment)

14. Plaintiff adopts and incorporates by reference each and every preceding paragraph as if fully set forth herein.

15. Defendant Martinez was operating Defendant Davey Resource's vehicle when he caused the collision referenced above. Defendant Davey Resource had custody, possession, ownership and/or control over the vehicle that was involved in the accident involving the Plaintiff on November 18, 2021.

16. Plaintiff alleges that the Defendant Davey Resource, negligently and/or wantonly entrusted the vehicle to Defendant Martinez. Further, Plaintiff alleges that Defendant Martinez

was reckless, incompetent and/or impaired. Defendant Davey Resource entrusted the subject vehicle to its agent and/or employee which created a risk of harm to the Plaintiff and others.

17. Defendant Davey Resource knew, or by the exercise of reasonable care, should have known that its agent and/or employee was reckless, incompetent and/or impaired.

18. As a proximate result of the Defendant's negligent and/or wanton entrustment, the Plaintiff was caused to suffer damages, physical injuries, and emotional distress.

19. Plaintiff claims punitive damages against Defendant Davey Resource due to the Defendant's negligent and wanton entrustment which proximately caused the Plaintiff to suffer injury and damages.

WHEREFORE, THESE PREMISES CONSIDERED, Plaintiff demands a judgment against Defendant Davey Resource, for compensatory and punitive damages in an amount to be determined by a struck jury, plus interests, costs, expenses, and all other relief allowed for under Alabama law.

**PLAINTIFF HEREBY REQUESTS TRIAL BY STRUCK JURY**

Respectfully submitted on this 8th day of December, 2021.

/s/ Zane L. Willingham
Zane L. Willingham (WIL-431)
David T. Shaw (SHA-045)
Attorneys for Plaintiff

**OF COUNSEL:**
Griess, Shaw & Willingham, P.C.
P. O. Box 528
Eutaw, Alabama 35462
Telephone: (205) 372-9333
Facsimile:   (205) 372-4027

**Defendants to be Served Via Certified Mail**
Danny Leonard Martinez
501 Oxford Road Apt 15C
New Albany, MS 38562

Davey Resource Group, Inc
c/o CT Corporation System
2 North Jackson Street, Suite 605
Montgomery, AL 36104



AlaFile E-Notice

36-CV-2021-900075.00

To: ZANE WILLINGHAM
zlw@eutawlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF HALE COUNTY, ALABAMA

TYRONE WALLER V. DANNY LEONARD MARTINEZ ET AL
36-CV-2021-900075.00

The following complaint was FILED on 12/8/2021 11:29:54 AM

Notice Date:     12/8/2021 11:29:54 AM

CATRINNA LONG PERRY
CIRCUIT COURT CLERK
HALE COUNTY, ALABAMA
1001 MAIN STREET, ROOM 13
GREENSBORO, AL, 36744

334-624-4334
catrinna.perry@alacourt.gov



AlaFile E-Notice

36-CV-2021-900075.00

To: DANNY LEONARD MARTINEZ
501 OXFORD ROAD
APT 15C
NEW ALBANY, MS, 38652

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF HALE COUNTY, ALABAMA

TYRONE WALLER V. DANNY LEONARD MARTINEZ ET AL
36-CV-2021-900075.00

The following complaint was FILED on 12/8/2021 11:29:54 AM

Notice Date:     12/8/2021 11:29:54 AM

CATRINNA LONG PERRY
CIRCUIT COURT CLERK
HALE COUNTY, ALABAMA
1001 MAIN STREET, ROOM 13
GREENSBORO, AL, 36744

334-624-4334
catrinna.perry@alacourt.gov



AlaFile E-Notice

36-CV-2021-900075.00

To: DAVEY RESOURCE GROUP, INC.
2 NORTH JACKSON STREET
SUITE 605
MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF HALE COUNTY, ALABAMA

TYRONE WALLER V. DANNY LEONARD MARTINEZ ET AL
36-CV-2021-900075.00

The following complaint was FILED on 12/8/2021 11:29:54 AM

Notice Date:     12/8/2021 11:29:54 AM

CATRINNA LONG PERRY
CIRCUIT COURT CLERK
HALE COUNTY, ALABAMA
1001 MAIN STREET, ROOM 13
GREENSBORO, AL, 36744

334-624-4334
catrinna.perry@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>36-CV-2021-900075.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF HALE COUNTY, ALABAMA**
**TYRONE WALLER V. DANNY LEONARD MARTINEZ ET AL**

**NOTICE TO:** DANNY LEONARD MARTINEZ, 501 OXFORD ROAD APT 15C, NEW ALBANY, MS 38652
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
ZANE WILLINGHAM,
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: P.O. BOX 528, EUTAW, AL 35462.
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of TYRONE WALLER
pursuant to the Alabama Rules of the Civil Procedure.
*[Name(s)]*

| 12/08/2021 | /s/ CATRINNA LONG PERRY | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ ZANE WILLINGHAM
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____ .
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County,
*(Name of Person Served)* *(Name of County)*
Alabama on _____ .
*(Date)*

| | | *(Address of Server)* |
|---|---|---|
| *(Type of Process Server)* | *(Server's Signature)* | |
| | *(Server's Printed Name)* | *(Phone Number of Server)* |

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>36-CV-2021-900075.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF HALE COUNTY, ALABAMA**
**TYRONE WALLER V. DANNY LEONARD MARTINEZ ET AL**

**NOTICE TO:** DAVEY RESOURCE GROUP, INC., 2 NORTH JACKSON STREET SUITE 605, MONTGOMERY, AL 36104
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), ZANE WILLINGHAM,
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: P.O. BOX 528, EUTAW, AL 35462.
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of TYRONE WALLER pursuant to the Alabama Rules of the Civil Procedure.
*[Name(s)]*

| 12/08/2021 | /s/ CATRINNA LONG PERRY | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ ZANE WILLINGHAM
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____.
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County, Alabama on _____.
*(Name of Person Served)*   *(Name of County)*   *(Date)*

| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
|---|---|---|
| | *(Server's Printed Name)* | *(Phone Number of Server)* |

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>**36-CV-2021-900075.00** |
|---|---|---|

**IN THE CIRCUIT COURT OF HALE COUNTY, ALABAMA**
**TYRONE WALLER V. DANNY LEONARD MARTINEZ ET AL**

**NOTICE TO:** DAVEY RESOURCE GROUP, INC., 2 NORTH JACKSON STREET SUITE 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), ZANE WILLINGHAM

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: P.O. BOX 528, EUTAW, AL 35462

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of TYRONE WALLER pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 12/08/2021 | /s/ CATRINNA LONG PERRY | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ ZANE WILLINGHAM
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____ *(Date)*

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____ in _____ County, Alabama on _____

*(Name of Process Server)*   *(Type of Process Server)*

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
DAVEY RESOURCE GROUP, INC.
2 NORTH JACKSON STREET
SUITE 605
MONTGOMERY, AL 36104

9590 9402 5939 0049 3904 89

2. Article Number *(Transfer from service label)*
7019 2280 0001 6094 4454

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X Jennifer Lockwood  ☐ Agent  ☐ Addressee
B. Received by (Printed Name) — C. Date of Delivery DEC 13 2021
D. Is delivery address different from item 1? ☐ Yes  ☐ No

FILED
DEC 20 2021
CATRINNA LONG PERRY, CLERK
CV-2021-900075
HALE COUNTY, ALABAMA

3. Service Type:
☐ Adult Signature
☑ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt



AlaFile E-Notice

36-CV-2021-900075.00
Judge: HON. MARVIN W. WIGGINS

To: WILLINGHAM ZANE LEE
zlw@eutawlaw.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF HALE COUNTY, ALABAMA

TYRONE WALLER V. DANNY LEONARD MARTINEZ ET AL
36-CV-2021-900075.00

The following matter was served on 12/20/2021

**D002 DAVEY RESOURCE GROUP, INC.**
**Corresponding To**
CERTIFIED MAIL

CATRINNA LONG PERRY
CIRCUIT COURT CLERK
HALE COUNTY, ALABAMA
1001 MAIN STREET, ROOM 13
GREENSBORO, AL, 36744

334-624-4334
catrinna.perry@alacourt.gov



AlaFile E-Notice

36-CV-2021-900075.00
Judge: HON. MARVIN W. WIGGINS

To: SHAW DAVID THOMAS
dts@eutawlaw.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF HALE COUNTY, ALABAMA

TYRONE WALLER V. DANNY LEONARD MARTINEZ ET AL
36-CV-2021-900075.00

The following matter was served on 12/20/2021

**D002 DAVEY RESOURCE GROUP, INC.**
**Corresponding To**
CERTIFIED MAIL

CATRINNA LONG PERRY
CIRCUIT COURT CLERK
HALE COUNTY, ALABAMA
1001 MAIN STREET, ROOM 13
GREENSBORO, AL, 36744

334-624-4334
catrinna.perry@alacourt.gov