# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| TYRONE WALLER,  )<br>     Plaintiff,  )<br>                        )<br>v.                      )<br>                        )<br>DAVEY RESOURCE GROUP, INC.,  )<br>     Defendants.  )  | CIVIL ACTION 1:22-00015-KD-MU |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated February 10, 2022, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Plaintiff's motion to remand (Doc. 2) is **GRANTED,** and this case is hereby **REMANDED** to the Circuit Court of Hale County, Alabama. It is further **ORDERED** that Plaintiff's Motion to Require the Defendant to Pay Attorney's Fees is **DENIED.**

**DONE** and **ORDERED** this the **7th** day of **March 2022.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**