IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TYRONE WALLER,           )<br>     **Plaintiff,**            )<br>                              )<br>**v.**                          )<br>                              )<br>                              )<br>**DAVEY RESOURCE GROUP, INC.,** )<br>     **Defendants.**          ) | **CIVIL ACTION 1:22-00015-KD-MU** |

**JUDGMENT**

In accordance with the Order issued on this date, it is **ORDERED, ADJUDGED** and **DECREED** that Plaintiff's motion to remand (Doc. 2) is **GRANTED,** Plaintiff's Motion to Require the Defendant to Pay Attorney's Fees is **DENIED,** and this case is hereby **REMANDED** to the Circuit Court of Hale County, Alabama.

**DONE** and **ORDERED** this the **7th** day of **March 2022.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**